IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DONTAE COLLINS,

        Plaintiff,

v.

DAVID MAHONEY and DANE COUNTY
SHERIFF OFFICE,

        Defendants.

OPINION & ORDER

18-cv-23-jdp

---

    Pro se plaintiff Dontae Collins is currently incarcerated at the Dane County Jail. He alleges that the conditions in his jail cell are unsafe: he is being exposed to lead, asbestos, and mold, among other things. Dkt. 1.

    Collins has paid the initial partial filing fee as ordered by the court, so in the ordinary case, the next step would be for me to screen the complaint. But shortly after receiving Collins's complaint, the court received several documents from Martin James Engelhart indicating that he wants to be a plaintiff in this case, too. *See* Dkt. 5, Dkt. 7, Dkt. 8. Engelhart and Collins may proceed as joint plaintiffs. But first, they must send the court a single complaint signed by both of them, and Engelhart must pay the $400 filing fee or submit a motion for leave to proceed without prepayment of the filing fee accompanied by a certified copy of his inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the date of the complaint. 28 U.S.C. § 1915(e)(2). If I do not receive these materials by the deadline given below, I will screen Collins's complaint alone.

ORDER

IT IS ORDERED that Martin James Engelhart may have until February 26, 2018, to submit (1) a single complaint signed by Engelhart and plaintiff Dontae Collins and (2) the $400 filing fee or a motion for leave to proceed without prepayment and a trust fund account statement for the six-month period immediately preceding the date of the complaint. If Engelhart fails to do so, I will screen Collins's complaint alone.

Entered February 5, 2018.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge