IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DONTAE COLLINS

    Plaintiff,

v.

DAVID MAHONEY AND
DANE COUNTY,

    Defendants.

ORDER

Case No. 18-cv-23-wmc

*Pro se* plaintiff Dontae Collins is proceeding on Eighth Amendment claims against defendants related to the conditions of his confinement at the Dane County Jail. On June 22, 2018, defendants filed a motion for summary judgment on exhaustion grounds, and the court set July 16, 2018, as plaintiff's deadline to oppose defendant's motion. Plaintiff has failed to oppose the motion, nor has he sought an extension or otherwise provided the court with an indication that he plans to oppose the motion. Plaintiff's failure to respond to defendants' motion suggests that he may have lost interest in pursuing this case and no longer intends to prosecute it.

Plaintiff will receive *one* more opportunity to submit a substantive response to defendants' motion. If he fails to do so by the new deadline, the court will dismiss this case with prejudice under Rule 41 of the Federal Rules of Civil Procedure for his failure to prosecute.

ORDER

IT IS ORDERED that plaintiff Dontae Collins may have until **August 20, 2018,** to file a response to defendants' motion for summary judgment. **If plaintiff does not**

**respond by that date, the court will dismiss this case with prejudice under Federal Rule of Civil Procedure 41(b) for plaintiff's failure to prosecute it.**

Entered this 6th day of August, 2018.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge