IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DONTAE COLLINS,

    Plaintiff,

v.

DAVID MAHONEY and
DANE COUNTY,

    Defendants.

ORDER

Case No. 18-cv-23-wmc

On June 22, 2018, defendants filed a motion for summary judgment on exhaustion grounds, and the court set July 16, 2018, as plaintiff's deadline to oppose defendants' motion. Plaintiff failed to oppose the motion or communicate with the court in any way. On August 6, 2018, the court gave plaintiff until August 20, 2018, to file a response to defendants' motion for summary judgment and warned plaintiff that his case would be dismissed for failure to prosecute if he did not respond. (Dkt. #24.) Plaintiff's new deadline has passed and the court has received nothing from plaintiff. Accordingly, the court is dismissing this case with prejudice for plaintiff's failure to prosecute. *See James v. McDonald's Corp.*, 417 F.3d 672, 681 (7th Cir. 2005).

ORDER

IT IS ORDERED that plaintiff Dontae Collins' claims are DISMISSED WITH PREJUDICE for failure to prosecute. The clerk of court is directed to enter judgment in defendants' favor and close this case.

Entered this 30th day of August, 2018.

BY THE COURT:
/s/
WILLIAM M. CONLEY
District Judge