IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DONTAE COLLINS,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

18-cv-23-wmc

v.

DAVID MAHONEY and
DANE COUNTY,

    Defendants.

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case with prejudice.

/s/                                                               8/30/2018

Peter Oppeneer, Clerk of Court                  Date